UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON, ) | 1:04-CV-5558 REC WMW P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (DOCUMENT #23) |
| V. YAMAMOTO, et al., ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 23, 2005, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   January 26, 2006**          /s/  William M. Wunderlich
j14hj0                                               UNITED STATES MAGISTRATE JUDGE