IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TYRONE SHANNON,

    Plaintiff,                            CV F 04 5558 REC WMW P

  vs.                                   ORDER RE MOTION (DOC 59 )

V. YAMAMOTO, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se. On December 8, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to state a claim upon which relief could be granted. The court dismissed the operative complaint, and plaintiff failed to file an amended complaint to corrected the noted deficiencies.

        Plaintiff filed objections to the findings and recommendations. In his objections, plaintiff indicates his desire to dismiss this action without prejudice, on his own motion, pursuant to Federal Rule of Civil Procedure 41(a)(1). The court will vacate the December 8, 2005,

1

1 recommendation of dismissal.  If the court receives no further objection from plaintiff, this
2 action will be dismissed, without prejudice, on plaintiff's motion in thirty days.
3         Accordingly, IT IS HEREBY ORDERED that the December 8, 2005, findings
4 and recommendations are vacated.

9 IT IS SO ORDERED.

10 **Dated:   March 14, 2006**　　　　　　　　　　　　**/s/  William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE