IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TYRONE SHANNON,

    Plaintiff,　　　　　　　　　　　　CV F 04 5558 REC WMW   P

vs.　　　　　　　　　　　　　　　　　　ORDER DISMISSING ACTION AND
　　　　　　　　　　　　　　　　　　　　DIRECTING CLERK OF COURT TO
　　　　　　　　　　　　　　　　　　　　JUDGMENT FOR DEFENDANTS

V. YAMAMOTO, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se.  On December 8, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to state a claim upon which relief could be granted.  The court dismissed the operative complaint, and plaintiff failed to file an amended complaint to correct the noted deficiencies.

        Plaintiff filed objections to the findings and recommendations.  In his objections, plaintiff indicated his desire to dismiss this action without prejudice, on his own motion, pursuant to Federal Rule of Civil Procedure 41(a)(1).

        On March 14, 2006, an order was entered, vacating the December 8, 2005, recommendation of dismissal.  Plaintiff was specifically advised that if the court received no

1

1  further objection, this action would be dismissed, without prejudice, on plaintiff's motion.
2  Plaintiff has not filed objections, nor has plaintiff responded to the March 14, 2006, order.
3        Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without
4  prejudice, on plaintiff's motion.  The Clerk is directed to enter judgment for defendants.
5      IT IS SO ORDERED.
6  **Dated:  April 19, 2006**        **/s/ Robert E. Coyle**
   668554      UNITED STATES DISTRICT JUDGE